UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MICHAEL BRADLEY, on behalf of
Himself and those similarly situated,

     Plaintiff,

                                        CASE NO.: 2:11-cv-303-CEH-SPC

v.


HERITAGE AUTOMOTIVE CORPORATION, a
Florida Profit Corporation, HERITAGE ROADSIDE
SERVICES, INC., a Florida Profit Corporation,
KENNETH A BERDICK, M.D., P.A., a Florida Profit
Corporation, FIVESTAR GLASS INC., a Florida
Profit Corporation, STARFIVE TRANSPORT, INC.,
a Florida Profit Corporation, and
KENNETH BERDICK, individually,

     Defendants.
_____/


**ORDER**


       This matter comes before the Court on Plaintiff and Defendants' Joint Motion for Enlargement of Time to Continue Dispositive Motion Deadline (Doc. #79). Parties petition the Court for a 60 day extension of the deadline to submit dispositive motions. Under the Court's Case Management and Scheduling Order of February 16, 2012 (Doc. #64), the Parties must complete dispositive motions by October 24, 2012. The Parties ask for a new deadline of December 24, 2012. Previously, the Court granted the Parties an enlargement of time to conduct discovery and mediation, extending the deadlines to December 1, 2012, and December 31, 2012, respectively. Noting that this new deadline for discovery falls after the current deadline for dispositive motions, as well as citing scheduling conflicts, the Parties move this Court for an enlargement of time to complete dispositive motions.

Where good cause is shown, the Court is permitted to extend deadlines for Party actions.

Rule 6(b) reads in pertinent part:

> [w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

Fed. R. Civ. P 6(b).

In this case, the Parties have filed this request before the deadline has expired. The Parties show good cause, such that the previous enlargement of time for discovery granted by the Court supports a corresponding shift in the deadline for dispositive motions.  Further, good cause is shown by the Parties' assertions that scheduling conflicts interfere with their ability to adhere to the original Case Management and Scheduling Order.

Accordingly, it is now

**ORDERED:**

(1) The Parties' Joint Motion for Enlargement of Time To Continue Dispositive Motion Deadline is **GRANTED**.

(2) The deadline for dispositive motions is enlarged up to and including **December 24, 2012**.

**DONE** and **ORDERED** in Fort Myers, Florida, this 15th day of October, 2012.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record